IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number _1:04CV945_____, Case Name _Georgia Torkie-Tork v. Wyeth_____

Party Represented by Applicant: ___Wyeth_____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) _____Brian Louis Stekloff_____
Bar Identification Number ___486405_____ State ___District of Columbia_____
Firm Name _Paul, Weiss, Rifkind, Wharton & Garrison LLP____
Firm Phone # ___202.223.7300_____ Direct Dial # _202.223.7318_____ FAX # _202.204.7398___
E-Mail Address __bstekl0ff@paulweiss.com_____
Office **Mailing** Address ___2001 K Street, N.W., Washington, DC 20006-1047____

**FILED**
SEP 1 7 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Name(s) of federal court(s) in which I have been admitted _U.S. Supreme Court, Fourth Circuit, District of Maryland_

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_Danielle M. Clark_____   _9/9/10_____
(Signature)                              (Date)

_Danielle M. Clark_____   _47198_____
(Typed or Printed Name)              (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓ khs__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

_____   _9/17/10_____
(Judge's Signature) /s/                (Date)
**T. S. Ellis, III**
**United States District Judge**